```
 1 | C. D. Michel - S.B.N. 144258
     Email: cmichel@tmllp.com
 2 | Glenn S. McRoberts - S.B.N. 144852
     Email: gmcroberts@tmllp.com
 3 | Thomas E. Maciejewski - S.B.N. 222736
     Email: tmaciejewski@tmllp.com
 4 | TRUTANICH • MICHEL, LLP
     180 E. Ocean Boulevard, Suite 200
 5 | Long Beach, CA 90802
     Telephone: 562-216-4444
 6 | Facsimile: 562-216-4445
     Attorneys for Plaintiff
 7 | BRENTWOOD ROD AND GUN CLUB, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENTWOOD ROD AND GUN CLUB, INC. a California Non-Profit Corporation, <br><br> Plaintiff <br><br> vs. <br><br> The COUNTY OF CONTRA COSTA, a municipality; COUNTY OF CONTRA COSTA BOARD OF SUPERVISORS and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 06-4237 <br><br> **STIPULATION TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION SESSION; [PROPOSED] ORDER** <br><br><br> The Hon. Chief Judge Marilyn Hall Patel <br><br> Evaluator Yaroslav Sochynsky |

---
1
STIPULATION TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION

1   Plaintiffs Brentwood Rod and Gun Club, Inc.("plaintiffs") and defendants County of
2   Contra Costa, a Municipality; County of Contra Costa Board of Supervisors
3   ("defendants"), by and through their respective counsel, hereby stipulate as follows:
4       1. On June 9, 2008, we attended the Case Management Conference in this matter at
5   which time the Court set a deadline of August 8, 2008 for an ENE session, in part, because
6   plaintiffs counsel had a memorial service/family reunion in Minnesota planned for mid-
7   August through the end of the month.
8       2. By Notice dated June 30, 2008, ADR Case Administrator, Alice M. Fiel, notified
9   the Club of the appointment of Evaluator, Yaroslav Sochynsky.
10      3. At the initial conference call on July 11, 2008, with the parties and Mr.
11  Sochynsky, it was determined that a mutually acceptable date was not available until after
12  August 8, primarily due to the Club's principal person, Elizabeth van Sandwyck, being on
13  vacation in the Antarctic from July 14 through August 10.
14      4. An ENE date of September 5, 2008, was the first mutually acceptable date found
15  by the parties seek an extension of time beyond September 4.

Date: July 29, 2008          TRUTANICH • MICHEL, LLP

                              ___/S/_____
                              Glenn S. McRoberts
                              Attorney for Plaintiff,
                              Brentwood Rod & Gun Club

Date: July 29, 2008          OFFICE OF COUNTY COUNSEL

                              ___/S/_____
                              MONIKA L. COOPER
                              Attorney for Defendants,
                              Contra Costa County

STIPULATION TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION

|   |   |
|---|---|
| 1 | ORDER |
| 2 | GOOD CAUSE APPEARING, the request to extend the deadline for the Early |
| 3 | Neutral Evaluation is GRANTED,  IT IS ORDERED that the Early Neutral Evaluation |
| 4 | (ENE) deadline is extended from August 8 to September 19, 2008, to accommodate the |
| 5 | currently scheduled ENE session on September 4, 2008. |
| 6 | DATE:  August 1, 2008 |

The Honorable
Chief Judge ... District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

3
STIPULATION TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 4 | BRENTWOOD ROD AND GUN CLUB, INC. a California Non-Profit Corporation, | CASE NO. 06-4237 |
| 5 | | **STIPULATION TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION SESSION; [PROPOSED] ORDER** |
| 6 | Plaintiff | |
| 7 | vs. | |
| 8-12 | The COUNTY OF CONTRA COSTA, a municipality; COUNTY OF CONTRA COSTA BOARD OF SUPERVISORS and DOES 1 through 10, inclusive,<br><br>Defendants. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION TO EXTEND TIME TO CONDUCT EARLY NEUTRAL EVALUATION SESSION; [PROPOSED] ORDER**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

| | |
|---|---|
| SILVANO B. MARCHESI, County Counsel<br>MONIKA L. COOPER, Deputy County Counsel<br>COUNTY OF CONTRA COSTA<br>651 Pine Street, 9th Floor<br>Martinez, California 94553<br>Email: mcoop@cc.cccounty.us | Yaroslav Sochynsky<br>Wulff Quinby Sochynsky<br>1901 Harrison St., Suite 1420<br>Oakland, CA 94612<br>Email: yarko@aol.com |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2008.

TRUTANICH • MICHEL, LLP

/S/
Glenn S. McRoberts
Attorney for Plaintiff,
Brentwood Rod & Gun Club